IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHARON V. HARDEN,

    Plaintiff,

v.                                  Civil Action No. 3:16cv668

RESIDENTIAL CREDIT SOLUTIONS,
INC., *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on June 12, 2017. (ECF No. 24.) The time to file objections has expired and no party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The Report and Recommendation, (ECF No. 24), is ADOPTED as the opinion of this Court; and,

(2)     Residential Credit Solutions, Inc.'s Motion to Dismiss for Failure to State a Claim is DENIED, (ECF No. 6).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                       /s/
                                                     M. Hannah Lauck
                                               United States District Judge

Date: 7/4/2017
Richmond, Virginia